UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PIA D LYONS,

    Plaintiff,

v.    Case No: 6:16-cv-1191-Orl-40KRS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
                                 /

## ORDER

This cause is before the Court upon review of the final decision of the Commissioner of Social Security's denial of Petitioner's claim for social security benefits (Doc. 1) filed on June 30, 2016. The United States Magistrate Judge has submitted a report recommending that the motion be reversed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed May 31, 2017 (Doc. 21), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The final decision of the Commissioner is **REVERSED** pursuant to sentence four of §405(g) and the case is **REMANDED** for further proceedings.

3. The Clerk is **DIRECTED** to issue a judgment as stated herein and to close the file.

**DONE AND ORDERED** in Orlando, Florida on June 21, 2017.

*[Signature]*

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties