**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

PIA D LYONS,

        Plaintiff,

v.                                          Case No: 6:16-cv-1191-Orl-40KRS

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## **ORDER**

This cause is before the Court on the parties' Unopposed Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (Doc. 24) filed on September 19, 2017. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed September 22, 2017 (Doc. 25), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Unopposed Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (Doc. 24) is **GRANTED**.

3. The Commissioner **SHALL** pay Plaintiff attorney's fees in the amount of $5,470.40.

**DONE AND ORDERED** in Orlando, Florida on October 11, 2017.

Paul G. Byron
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties